# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONNA JOHNSTONE

    v.

MICHAEL RAFFAELE, ESQ., D/B/A
RAFFAELE & PUPPIO, LLP., RAFFAELE &
PUPPIO, LLP, ET AL., LANCE NELSON,
ESQ., HARRY DONATO, ESQ., AND
MACELREE HARVEY LTD.


PETITION OF:  MICHAEL RAFFAELE,
ESQ., D/B/A RAFFAELE & PUPPIO, LLP.,
RAFFAELE & PUPPIO, LLP

: No. 670 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>


**PER CURIAM**

  **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.